IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMIAH Y. NATION,<br><br>      Petitioner,<br><br>vs.<br><br>SCOTT FRAKES,<br><br>      Respondent. | 8:21CV57<br><br>ORDER |

  Petitioner filed a Petition for Writ of Habeas Corpus (Filing 1) and a Motion for Leave to Proceed in Forma Pauperis (Filing 3). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this court (see inmate trust account statement at Filing 4), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. See 28 U.S.C. § 1915(a)(1).

  IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis (Filing 3) is granted. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

  Dated this 17th day of February, 2021.

                   BY THE COURT:

                   *Richard G. Kopf*
                   Richard G. Kopf
                   Senior United States District Judge