IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMIAH Y. NATION,<br><br>     Petitioner,<br><br>vs.<br><br>SCOTT FRAKES,<br><br>     Respondent. | 8:21CV57<br><br>**ORDER** |

  IT IS ORDERED that Respondent's Motion for Extension of Time (Filing 10) is granted. Respondent's motion for summary judgment or state court records in support of answer shall be filed on or before May 5, 2021. The remainder of the deadlines are set forth in Filing 8.

  Dated this 13th day of April, 2021.

                 BY THE COURT:

                 *Richard G. Kopf*

                 Richard G. Kopf
                 Senior United States District Judge