IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMIAH Y. NATION, | |
| Petitioner, | **8:21CV57** |
| vs. | |
| SCOTT FRAKES, | **ORDER** |
| Respondent. | |

IT IS ORDERED that Respondent shall file his reply to Petitioner's Motion for Additional State Court Records (Filing 15) on or before June 8, 2021. Respondent may attach additional records to his response if he deems appropriate.

Dated this 25th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge